UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| JERRI MCCLURE, individually and on behalf of other similarly situated,<br><br>       Plaintiff,<br><br>vs.<br><br>CENTENE CORPORATION and CENTENE MANAGEMENT COMPANY LLC,<br><br>       Defendants. | Civil Case No.: 4:26-cv-00072 |

### NOTICE OF FILING CONSENT TO JOIN FORMS

Plaintiff Jerri McClure, by and through her attorneys, hereby files the following Consent to Join Form(s), attached hereto as Exhibit 1.

Dated: June 26, 2026

By:    __/s/ Eric  Sands__

Eric Sands
Nicholas Conlon
BROWN, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310
T: (877) 561-0000
F: (855) 582-5279
eric.sands@jtblawgroup.com
nicholasconlon@jtblawgroup.com

*Lead Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 26, 2026, I caused a true and correct copy of the foregoing Notice of Filing Consent Forms and accompanying exhibit to be served via electronic mail upon all ECF Registrants in this action:

Dated : June 26, 2026            **BROWN, LLC**

By:    /s/ Eric Sands    

Eric Sands