# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

JERRI MCCLURE, individually, and on behalf of all others similarly situated,

      Plaintiff,

    vs.

CENTENE CORPORATION and CENTENE MANAGEMENT COMPANY LLC,

      Defendant(s).

Civil Action No.: 4:26-cv-00072

## CONSENT TO JOIN

1.      I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid wages, while working in the position(s) of hourly-paid call center worker for the Defendant(s) CENTENE CORPORATION and CENTENE MANAGEMENT COMPANY LLC at any time within the period of the last three years.

2.      I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I consent to be bound by the Court's orders and decisions in this case.

3.      I designate the law firms and attorneys at Brown, LLC as my attorneys to represent me in this lawsuit.

4.      I consent to having the Named Plaintiff JERRI MCCLURE pursue this lawsuit in my name, and on my behalf, and I designate the Named Plaintiff to make decisions on my behalf concerning the litigation, including decisions regarding settlement or trial, negotiating a resolution of my claims and entering into an agreement regarding attorneys' fees and costs, and I understand and agree to be bound by such decisions.

**Signed:** _Erica Price_      **Dated:**  06/11/2026

**Name:**  Erica Price

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

JERRI MCCLURE, individually, and on behalf
of all others similarly situated,

           Plaintiff,

     vs.

CENTENE CORPORATION and CENTENE
MANAGEMENT COMPANY LLC,

           Defendant(s).

Civil Action No.: 4:26-cv-00072

## **CONSENT TO JOIN**

1.      I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid wages, while working in the position(s) of hourly-paid call center worker for the Defendant(s) CENTENE CORPORATION and CENTENE MANAGEMENT COMPANY LLC at any time within the period of the last three years.

2.      I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I consent to be bound by the Court's orders and decisions in this case.

3.      I designate the law firms and attorneys at Brown, LLC as my attorneys to represent me in this lawsuit.

4.      I consent to having the Named Plaintiff JERRI MCCLURE pursue this lawsuit in my name, and on my behalf, and I designate the Named Plaintiff to make decisions on my behalf concerning the litigation, including decisions regarding settlement or trial, negotiating a resolution of my claims and entering into an agreement regarding attorneys' fees and costs, and I understand and agree to be bound by such decisions.

**Signed:** *Jennifer Foster*            **Dated:** 06/07/2026

**Name:** Jennifer Foster

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

|  |  |
|---|---|
| JERRI MCCLURE, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>CENTENE CORPORATION and CENTENE MANAGEMENT COMPANY LLC,<br><br>        Defendant(s). | Civil Action No.: 4:26-cv-00072 |

## **CONSENT TO JOIN**

1.        I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid wages, while working in the position(s) of hourly-paid call center worker for the Defendant(s) CENTENE CORPORATION and CENTENE MANAGEMENT COMPANY LLC at any time within the period of the last three years.

2.        I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I consent to be bound by the Court's orders and decisions in this case.

3.        I designate the law firms and attorneys at Brown, LLC as my attorneys to represent me in this lawsuit.

4.        I consent to having the Named Plaintiff JERRI MCCLURE pursue this lawsuit in my name, and on my behalf, and I designate the Named Plaintiff to make decisions on my behalf concerning the litigation, including decisions regarding settlement or trial, negotiating a resolution of my claims and entering into an agreement regarding attorneys' fees and costs, and I understand and agree to be bound by such decisions.

**Signed:**  *Latasha Harris*            **Dated:**        06/05/2026

**Name:**        Latasha Harris

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

JERRI MCCLURE, individually, and on behalf of all others similarly situated,

　　　　　Plaintiff,

　　vs.

CENTENE CORPORATION and CENTENE MANAGEMENT COMPANY LLC,

　　　　　Defendant(s).

Civil Action No.: 4:26-cv-00072

## CONSENT TO JOIN

1.　　　　I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid wages, while working in the position(s) of hourly-paid call center worker for the Defendant(s) CENTENE CORPORATION and CENTENE MANAGEMENT COMPANY LLC at any time within the period of the last three years.

2.　　　　I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I consent to be bound by the Court's orders and decisions in this case.

3.　　　　I designate the law firms and attorneys at Brown, LLC as my attorneys to represent me in this lawsuit.

4.　　　　I consent to having the Named Plaintiff JERRI MCCLURE pursue this lawsuit in my name, and on my behalf, and I designate the Named Plaintiff to make decisions on my behalf concerning the litigation, including decisions regarding settlement or trial, negotiating a resolution of my claims and entering into an agreement regarding attorneys' fees and costs, and I understand and agree to be bound by such decisions.

**Signed:** _____*Latoshia Wade*_____　　　　　**Dated:** 06/18/2026

**Name:** 　Latoshia Wade

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

JERRI MCCLURE, individually, and on behalf of all others similarly situated,

      Plaintiff,

   vs.

CENTENE CORPORATION and CENTENE MANAGEMENT COMPANY LLC,

      Defendant(s).

Civil Action No.: 4:26-cv-00072

## **CONSENT TO JOIN**

1.      I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid wages, while working in the position(s) of hourly-paid call center worker for the Defendant(s) CENTENE CORPORATION and CENTENE MANAGEMENT COMPANY LLC at any time within the period of the last three years.

2.      I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I consent to be bound by the Court's orders and decisions in this case.

3.      I designate the law firms and attorneys at Brown, LLC as my attorneys to represent me in this lawsuit.

4.      I consent to having the Named Plaintiff JERRI MCCLURE pursue this lawsuit in my name, and on my behalf, and I designate the Named Plaintiff to make decisions on my behalf concerning the litigation, including decisions regarding settlement or trial, negotiating a resolution of my claims and entering into an agreement regarding attorneys' fees and costs, and I understand and agree to be bound by such decisions.

**Signed:** _Brian Troesch_      **Dated:**   06/04/2026

**Name:**   Brian Troesch

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

JERRI MCCLURE, individually, and on behalf
of all others similarly situated,

        Plaintiff,

     vs.

CENTENE CORPORATION and CENTENE
MANAGEMENT COMPANY LLC,

        Defendant(s).

Civil Action No.: 4:26-cv-00072

## CONSENT TO JOIN

1.      I consent to the filing of this form in, and to join and become a plaintiff in the above-captioned collective action lawsuit, to pursue my claim for unpaid wages, while working in the position(s) of hourly-paid call center worker for the Defendant(s) CENTENE CORPORATION and CENTENE MANAGEMENT COMPANY LLC at any time within the period of the last three years.

2.      I understand that this lawsuit seeks unpaid wages, liquidated damages, and attorneys' fees and costs under the FLSA and similar relief under applicable state wage-and- hour laws. I consent to be bound by the Court's orders and decisions in this case.

3.      I designate the law firms and attorneys at Brown, LLC as my attorneys to represent me in this lawsuit.

4.      I consent to having the Named Plaintiff JERRI MCCLURE pursue this lawsuit in my name, and on my behalf, and I designate the Named Plaintiff to make decisions on my behalf concerning the litigation, including decisions regarding settlement or trial, negotiating a resolution of my claims and entering into an agreement regarding attorneys' fees and costs, and I understand and agree to be bound by such decisions.

**Signed:** _*Natasha Owens*_          **Dated:**    05/29/2026

**Name:**    Natasha Owens