UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

JERRI MCCLURE, individually and on
behalf of other similarly situated,

    Plaintiff,

vs.

CENTENE CORPORATION and CENTENE
MANAGEMENT COMPANY LLC,

    Defendants.

Civil Case No.: 4:26-cv-00072

---

## NOTICE OF FILING CONSENT TO JOIN FORMS

Plaintiff Jerri McClure, by and through her attorneys, hereby files the following Consent

to Join Form(s), attached hereto as Exhibit 1.

Dated: July 30, 2026

By:    __/s/ Eric  Sands__

Eric Sands
Nicholas Conlon
BROWN, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310
T: (877) 561-0000
F: (855) 582-5279
eric.sands@jtblawgroup.com
nicholasconlon@jtblawgroup.com

*Lead Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2026, I caused a true and correct copy of the foregoing Notice of Filing Consent Forms and accompanying exhibit to be served via electronic mail upon all ECF Registrants in this action:

Dated : July 30, 2026　　　　　　　**BROWN, LLC**

By: _____/s/ Eric Sands_____

Eric Sands